

FILED
CLERK U.S. DISTRICT COURT

DEC - 7 2011

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, | No. CV 11-9933-UA (Duty) |
| Plaintiff, | **ORDER SUMMARILY REMANDING IMPROPERLY-REMOVED ACTION** |
| v. | |
| MARTINA DELGADO, et al., | |
| Defendants. | |

On November 30, 2011, defendant Margarito Delgado ("defendant"), having been sued in what appears to be a routine unlawful detainer action in California state court, lodged a Notice of Removal of that action to this Court and also presented an application to proceed in forma pauperis.

The Court lacks subject matter jurisdiction over the instant action, as defendant does not competently allege facts supplying either diversity or federal question jurisdiction. While defendant alleges that "it is facially apparent from the [unlawful detainer complaint] that the claims more likely than not exceed $75,000" (Complaint at 3), the unlawful detainer complaint actually states that the "amount demanded does not exceed $10,000," and thus the diversity jurisdiction threshold of more

than $75,000 in controversy is not met. See 28 U.S.C. §§ 1332, 1441(b). Moreover, to the extent that defendant asserts diversity jurisdiction, he cannot properly remove the action because he resides in the forum state. 28 U.S.C. § 1441(b). Nor does plaintiff's unlawful detainer action raise any federal legal question. See 28 U.S.C. §§ 1331, 1441(b). Thus, plaintiff could not have brought this action in federal court in the first place and removal is improper. See 28 U.S.C. § 1441(a); Syngenta Crop Protection, Inc. v. Henson, 537 U.S. 28, 31, 123 S.Ct. 366, 154 L.Ed.2d 368 (2002).

Accordingly, **IT IS ORDERED** that this matter be **remanded** to the Superior Court of California, Los Angeles County, Stanley Mosk Courthouse, 111 North Hill Street, Los Angeles, CA 90012, for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c). **IT IS FURTHER ORDERED** that the Clerk of the Court send a certified copy of this Order to the state court and serve copies of this Order on all parties or their counsel.

DATED: 12/2/2011

HONORABLE AUDREY B. COLLINS
CHIEF UNITED STATES DISTRICT JUDGE